UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-050-JCC |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JUAN VALENCIA-LOPEZ | ) | |
| Defendant | ) | |

<u>Offense charged</u>:

Conspiracy to Distribute Methamphetamine and Heroin, Distribution of Heroin, Distribution of Methamphetamine

<u>Date of Detention Hearing</u>:   Initial Appearance April 14, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant and a co-defendant have been indicted for knowingly and intentionally conspiring to distribute 50 grams or more of actual methamphetamine and 100 grams or more of a mixture of substance containing a detectable amount of heroin, and for distributing methamphetamine and heroin. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

(2) Defendant's criminal record includes prior narcotics offenses. He was on supervision with the Washington State Department of Corrections when arrested for this offense. His co-defendant is a fugitive.

(3) Defendant is a native of Mexico and is reported to be in the United States illegally. He was not interviewed by pretrial services. Limited background information is available.

(4) An immigration detainer was filed. Based on this, the defendant does not contest detention.

(5) Defendant poses a risk of nonappearance due to the immigration detainer, his status on state supervision, and unknown background information. He poses a risk of danger due to the nature of the charges and his criminal history.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  14th  day of  April, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge