UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUAN VALENCIA-LOPEZ,

    Defendant.

CASE NO. CR06-0050C

ORDER

    This matter has come before the Court on the parties' joint motion to continue trial (Dkt. No. 21). Having considered the papers filed by the parties, the records and files herein, and the motions for continuance of pretrial motions date and the trial date, the Court hereby makes the following findings:

1.     The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).  In particular, the Court notes that defense counsel, Mr. Zulauf, has just been substituted in as counsel in this case and will not be ready to try the case by June 12, 2005.

2.     The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these

ORDER – 1

1 factors outweigh the best interests of the public in a more speedy trial, within the meaning
2 of 18 U.S.C. § 3161(h)(8)(A).
3   It is therefore ORDERED that the time within which pretrial motions must be filed in this case be
4 extended to August 24, 2006, and that the trial date be continued from June 12, 2006, to October 23,
5 2006. It is further ORDERED that the period of time from the current trial date of June 12, 2006 up to
6 and including the new trial date of October 23, 2006, shall be excludable time pursuant to the Speedy
7 Trial Act, 18 U.S.C. § 3161 *et seq*.

9   SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

26 ORDER – 2