UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN VALENCIA-LOPEZ,<br><br>Defendant. | CASE NO. CR06-50C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Valencia-Lopez's Motion to Continue Deadline for Pretrial Motions (Dkt. No. 41). The prior deadline for pretrial motions was December 15, 2006. The Court hereby GRANTS Defendant's Motion. Pretrial motions shall be submitted by January 15, 2007.

DATED this 18th day of December, 2006.

BRUCE RIFKIN, Clerk of Court

By _/s/ C. Ledesma_
    Deputy Clerk

MINUTE ORDER – 1